**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FEDERAL INSURANCE COMPANY,
        Plaintiff,


        v.                                      CA 11-435 S


CITIZENS BANK, COASTWAY
COMMUNITY BANK, and MAUDE A.
FUOCO,
        Defendants.


### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 4th, 2012 (ECF #22), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1).  No objections having been filed to the Report & Recommendation, Defendant Coastway Community Bank's Motion to Dismiss (ECF #16) is hereby GRANTED IN PART and DENIED IN PART.


ENTER:


_____
William E. Smith
United States District Judge
Date: 5/17/12